IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ASK SYDNEY, LLC,<br>*Plaintiff*<br><br>-vs-<br><br>GOOGLE, LLC,<br>*Defendant* | § § § § § § § § § | 6-23-CV-00111-XR |

## ORDER TRANSFERRING CASE TO
## THE NORTHERN DISTRICT OF CALIFORNIA

On this day, the Court considered the above-captioned case. On May 8, 2023, Defendant Google moved to transfer this suit to the Northern District of California, pursuant to 28 U.S.C. § 1404(a). ECF No. 21. Plaintiff Ask Sydney, LLC does not oppose the transfer. ECF No. 33. Accordingly, Defendant's motion (ECF No. 21) is **GRANTED**, and the Court hereby **ORDERS** that this civil action shall be **TRANSFERRED** to the United States District Court for the Northern District of California.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 7th day of August, 2023.

_____
Xavier Rodriguez
United States District Judge